The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CYNTHIA CORRIE and CRAIG CORRIE, ON THEIR OWN BEHALF and AS PERSONAL REPRESENTATIVES OF RACHEL CORRIE AND HER NEXT OF KIN, INCLUDING HER SIBLINGS, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>CATERPILLAR INC., a foreign corporation,<br><br>Defendants. | No. C05-5192-FDB<br><br>MOTION FOR APPROVAL TO FILE AN OVER-LENGTH MOTION AND PROPOSED ORDER<br><br>**NOTE FOR CONSIDERATION:**<br>**Friday, May 6, 2005** |

## **MOTION**

DEFENDANT CATERPILLAR INC., pursuant to Local Civil Rule 7(f), moves the Court for an order permitting it to file an over-length motion to dismiss on the that this case involves many unusual and complex issues and seven separate claims for relief, which incorporate numerous claims under international, domestic, federal and local law.  To deal with each of these claims adequately, defense counsel has found that they cannot do so within the 24-page limit prescribed the Rule.  Defendant previously moved for approval to file an over-length motion not to exceed 30 pages in length.  However, Defendant now has been served with an Amended

MOTION FOR APPROVAL TO FILE AN OVER-
LENGTH MOTION AND PROPOSED ORDER -- 1

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

*Case No. C05-5192-FDB – Corrie v. Caterpillar Inc.*
desktop-607222

1 | Complaint that adds two more causes of action, for a total of seven, including a new claim under
2 | the Racketeer Influenced and Corrupt Organizations Act.  Defendant respectfully requests that it
3 | be permitted to submit a motion that would not exceed 40 pages in length inasmuch as it now has
4 | to deal with all seven causes of action.  Defendant has discussed this motion with counsel for the
5 | Plaintiffs and Plaintiffs' counsel have agreed that they do not object to the motion.
6 |     This motion is based on the Complaint in this action and the claims asserted therein.
7 | DATED this 6th day of May, 2005.

GRAHAM & DUNN PC


By  */s/ James L. Magee*
   James L. Magee, WSBA #1294
   Email:  jmagee@grahamdunn.com
   2801 Alaskan Way ~ Suite 300
   Seattle, WA  98121-1128
   Phone:  (206) 624-8300
   Fax:  (206) 340-9599

HOWREY LLP

Robert G. Abrams *(Admitted Pro Hac Vice)*
Email:  abramsr@howrey.com
1299 Pennsylvania Avenue, NW
Washington, DC  20004
Phone:  (202) 383-6935
Fax:  (202) 383-6610

HOWREY LLP
Joanne E. Caruso *(Admitted Pro Hac Vice)*
Email:  carusoj@howrey.com
Richard J. Burdge, Jr. *(Admitted Pro Hac Vice)*
burdger@howrey.com
David G. Meyer *(Admitted Pro Hac Vice)*
Email:  meyerd@howrey.com
550 South Hope Street
Suite 1100
Los Angeles, CA 90071
Phone:  (213) 892-1800
Fax:  (213) 892-2300

***Attorneys for Defendant Caterpillar, Inc.***

MOTION FOR APPROVAL TO FILE AN OVER-
LENGTH MOTION AND PROPOSED ORDER -- 2

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

*Case No. C05-5192-FDB – Corrie v. Caterpillar Inc.*
desktop-607222

## ORDER

IT IS SO ORDERED.

DATED this 16th day of May 2005.

                                                             _[signature]_
                                                             _____
                                                             FRANKLIN D. BURGESS
                                                             UNITED STATES DISTRICT JUDGE

MOTION FOR APPROVAL TO FILE AN OVER-
LENGTH MOTION AND PROPOSED ORDER -- 3

*Case No. C05-5192-FDB – Corrie v. Caterpillar Inc.*
desktop-607222

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

# DECLARATION OF SERVICE

I hereby certify that on May 6, 2005, I filed the foregoing document with the Clerk of the Court using the CM/ECF electronic filing system and notification of such filing will be sent to the following:

| | |
|---|---|
| Gwynne L. Skinner, WSBA #23490<br>Public Interest Law Group PLLC<br>2118 8th Avenue, Suite 106<br>Seattle, WA  98121<br>Phone:  (206) 447-0103<br>Fax:  (206) 447-0115<br>Email:  gskinner@pilg.org<br>***Counsel for Plaintiffs*** | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail via Federal Express<br>☐ Facsimile Transmission<br>☒ ECF Filing - E-mail Transmission |
| Davida Finger, WSBA #32818<br>Smith & Lowney, PLLC<br>2317 E. John Street<br>Seattle, WA  98112<br>Phone:  (206) 860-2883<br>Fax:  (206) 860-2909<br>Email:  davidafinger@igc.org<br>***Counsel for Plaintiffs*** | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail via Federal Express<br>☐ Facsimile Transmission<br>☒ ECF Filing - E-mail Transmission |
| Joanne E. Caruso *(Pro Hac Vice)*<br>Richard J. Burdge, Jr. *(Pro Hac Vice)*<br>David G. Meyer *(Pro Hac Vice)*<br>Howrey Simon Arnold & White LLP<br>500 South Hope Street<br>Suite 1100<br>Los Angeles, CA  90071<br>Phone:  (213) 892-1800<br>Fax:  (213) 892-2300<br>Email:  carusoj@howrey.com<br>Email:  burdger@howrey.com<br>Email:  meyerg@howrey.com<br>***Counsel for Defendant*** | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail via Federal Express<br>☐ Facsimile Transmission<br>☒ ECF Filing - E-mail Transmission |

MOTION FOR APPROVAL TO FILE AN OVER-
LENGTH MOTION AND PROPOSED ORDER -- 4

*Case No. C05-5192-FDB – Corrie v. Caterpillar Inc.*
desktop-607222

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

| | |
|---|---|
| Robert G. Abrams *(Pro Hac Vice)*<br>Howrey Simon Arnold & White LLP<br>1299 Pennsylvania Avenue N.W.<br>Washington, DC 20004-2402<br>Phone: (202) 383-6935<br>Fax: (202) 383-6610<br>E-mail: abramsr@howrey.com<br>***Counsel for Defendant*** | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail via Federal Express<br>☐ Facsimile Transmission<br>☒ ECF Filing - E-mail Transmission |

I certify and declare under the laws for the United States and the State of Washington that the foregoing is true and correct to the best of my knowledge

DATED this 6th day of April, 2005, at Seattle, King County, Washington.

                */s/ James L. Magee*
                James L. Magee

MOTION FOR APPROVAL TO FILE AN OVER-LENGTH MOTION AND PROPOSED ORDER -- 5

*Case No. C05-5192-FDB – Corrie v. Caterpillar Inc.*
desktop-607222

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599