THE HONORABLE FRANKLIN D. BURGESS

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

| | |
|---|---|
| CYNTHIA CORRIE AND CRAIG CORRIE, ON THEIR OWN BEHALF AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF RACHEL CORRIE AND HER NEXT OF KIN, INCLUDING HER SIBLINGS; MAHMOUD OMAR AL SHO'BI, ON HIS OWN BEHALF, ON BEHALF OF HIS SURVIVING SIBLINGS MUHAMMAD AL SHO'BI AND SAMIRA AL SHO'BI, AND ON BEHALF OF HIS DECEASED FAMILY MEMBERS, UMAR AL SHO'BI, FATIMA AL SHO'BI, ABIR AL SHO'BI, SAMIR AL SHO'BI, ANAS AL SHO'BI, AZZAM AL SHO'BI AND ABDALLAH AL SHO'BI; FATHIYA MUHAMMAD SULAYMAN FAYED, ON HER OWN BEHALF AND ON BEHALF OF HER DECEASED SON, JAMAL FAYED AND HIS NEXT OF KIN; FAYEZ ALI MOHAMMED ABU HUSSEIN ON HIS OWN BEHALF AND ON BEHALF OF HIS SONS, BAHJAT FAYEZ ABU HUSSEIN, AHMED FAYEZ ABU HUSSEIN, NOUR FAYEZ ABU HUSSEIN AND SABAH FAYEZ ABU HUSSEIN;  MAJEDA RADWAN ABU HUSSEIN ON HER OWN BEHALF AND ON BEHALF OF HER DAUGHTERS, HANAN FAYEZ ABU HUSSEIN, MANAL FAYEZ ABU HUSSEIN, INSHERAH FAYEZ ABU HUSSEIN, AND FADWA FAYEZ ABU HUSSEIN; EIDA IBRAHIM SULEIMAN KHALAFALLAH ON HER OWN BEHALF AND ON BEHALF OF HER DECEASED | Civil Action No. CV-05192-FDB<br><br>**STIPULATION AND PROPOSED ORDER RE: SECOND EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**STIPULATION AND ORDER RE:  SECOND EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (CV-05192-FDB) –** PAGE 1 OF 4

SEATTLE UNIVERSITY
RONALD A. PETERSON LAW CLINIC
1112 E. Columbia
Seattle, WA 98122-4340
TELEPHONE: (206) 398-4130
FACSIMILE: (206) 398-4136

| | |
|---|---|
| HUSBAND, IBRAHIM MAHMOUD MOHAMMED KHALAFALLAH AND NEXT OF KIN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CATERPILLAR, INC., a Foreign Corporation, | ) ) ) |
| Defendant. | ) ) ) ) |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant herein, through their respective counsel of record, and subject to the approval of the Court, that Plaintiffs have an extension of seventeen (17) days to and including August 15, 2005 within which to file their Opposition to Defendant's Motion to Dismiss in this matter, which is presently scheduled on the Motion Calendar for July 29, 2005. Plaintiffs need an additional extension of time due to vacation schedules of experts and attorneys. The Court previously granted an extension to July 29, 2005 and that deadline has not yet passed.

DATED this 18th day of July, 2005.

SEATTLE UNIVERSITY
RONALD A. PETERSON LAW CLINIC

By: */s/ Gwynne Skinner*
    Gwynne Skinner, WSBA No. 23490
    1112 E. Columbia
    Seattle, WA 98122-4340
    Tel: (206) 398-4130
    Fax: (206)398-4136
    Email: gskinner@pilg.org
    Email: dfinger@pilg.org

PUBLIC INTEREST LAW GROUP PLLC

    Gwynne Skinner, WSBA No. 23490
    Davida Finger, Of Counsel, WSBA No. 32818
    705 Second Avenue, Suite 501
    Seattle, WA 98104
    Tel: (206) 447-0103
    Fax: (206) 447-0115
    Email: gskinner@pilg.org
    Email: dfinger@pilg.org

**STIPULATION AND ORDER RE: SECOND EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (CV-05192-FDB) – PAGE 2 OF 4**

SEATTLE UNIVERSITY
RONALD A. PETERSON LAW CLINIC
1112 E. Columbia
Seattle, WA 98122-4340
TELEPHONE: (206) 398-4130
FACSIMILE: (206) 398-4136

CENTER FOR CONSTITUTIONAL RIGHTS

Jennifer M. Green
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212)614-6431
Fax: (212)614-6499
Email: jgreen@ccr-ny.org

*ATTORNEYS FOR PLAINTIFFS*
GRAHAM & DUNN PC

By: /s/ James L. Magee
    James L. Magee, WSBA #1294
    2801 Alaskan Way, Suite 300
    Seattle, WA 98121-1128
    Tel:  (206)624-8300
    Fax:  (206)340-9599
    E-mail: jmagee@grahamdunn.com

HOWREY LLP

Robert G. Abrams (*Admitted Pro Hac Vice*)
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004-2402
Tel:  (202)383-6935
Fax:  (202)383-6610
E-mail: abramsr@howrey.com

HOWREY LLP

Joanne E. Caruso (*Admitted Pro Hac Vice*)
E-mail: carusoj@howrey.com
Richard J. Burdge, Jr. (*Admitted Pro Hac Vice*)
E-mail: burdger@howrey.com
David G. Meyer (*Admitted Pro Hac Vice*)
E-mail: meyerd@howrey.com
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Phone:  (213) 892-1800
Fax:  (213) 892-2300

*ATTORNEYS FOR DEFENDANT*

**STIPULATION AND ORDER RE:  SECOND EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (CV-05192-FDB) –** PAGE 3 OF 4

SEATTLE UNIVERSITY
RONALD A. PETERSON LAW CLINIC
1112 E. Columbia
Seattle, WA 98122-4340
TELEPHONE: (206) 398-4130
FACSIMILE: (206) 398-4136

**ORDER ON EXTENSION OF TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

**IT IS SO ORDERED.**

DATED this 28th day of July 2005.

                                FRANKLIN D. BURGESS
                                UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: SECOND EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (CV-05192-FDB) – PAGE 4 OF 4

SEATTLE UNIVERSITY
RONALD A. PETERSON LAW CLINIC
1112 E. Columbia
Seattle, WA 98122-4340
TELEPHONE: (206) 398-4130
FACSIMILE: (206) 398-4136