THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CYNTHIA CORRIE AND CRAIG CORRIE, ON THEIR OWN BEHALF AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF RACHEL CORRIE AND HER NEXT OF KIN, INCLUDING HER SIBLINGS; MAHMOUD OMAR AL SHO'BI, ON HIS OWN BEHALF, ON BEHALF OF HIS SURVIVING SIBLINGS MUHAMMAD AL SHO'BI AND SAMIRA AL SHO'BI, AND ON BEHALF OF HIS DECEASED FAMILY MEMBERS, UMAR AL SHO'BI, FATIMA AL SHO'BI, ABIR AL SHO'BI, SAMIR AL SHO'BI, ANAS AL SHO'BI, AZZAM AL SHO'BI AND ABDALLAH AL SHO'BI; FATHIYA MUHAMMAD SULAYMAN FAYED, ON HER OWN BEHALF AND ON BEHALF OF HER DECEASED SON, JAMAL FAYED AND HIS NEXT OF KIN; FAYEZ ALI MOHAMMED ABU HUSSEIN ON HIS OWN BEHALF AND ON BEHALF OF HIS SONS, BAHJAT FAYEZ ABU HUSSEIN, AHMED FAYEZ ABU HUSSEIN, NOUR FAYEZ ABU HUSSEIN AND SABAH FAYEZ ABU HUSSEIN; MAJEDA RADWAN ABU HUSSEIN ON HER OWN BEHALF AND ON BEHALF OF HER DAUGHTERS, HANAN FAYEZ ABU HUSSEIN, MANAL FAYEZ ABU HUSSEIN, INSHERAH FAYEZ ABU HUSSEIN, AND FADWA FAYEZ ABU HUSSEIN; EIDA IBRAHIM SULEIMAN KHALAFALLAH ON HER OWN BEHALF AND ON BEHALF OF HER DECEASED | Civil Action No. C05-5192-FDB<br><br>**STIPULATION AND PROPOSED ORDER RE: PLAINTIFFS' REQUEST TO FILE OVER LENGTH BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR: August 3, 2005** |

**STIPULATION AND PROPOSED ORDER RE: PLAINTIFFS' REQUEST TO FILE OVER-LENGTH BRIEF IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS (CV-05192-FDB)** – PAGE 1 OF 4

SEATTLE UNIVERSITY
RONALD A. PETERSON LAW CLINIC
1112 E. Columbia
Seattle, Washington 98122-4340
TELEPHONE: (206) 398-4130
FACSIMILE: (206) 398-4136

| | |
|---|---|
| HUSBAND, IBRAHIM MAHMOUD MOHAMMED KHALAFALLAH AND NEXT OF KIN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CATERPILLAR, INC., a Foreign Corporation, | ) ) |
| Defendant. | ) ) |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant herein, through their respective counsel of record, and subject to the approval of the Court, that Plaintiffs shall be permitted to file an over-length Response to Defendant's Motion to Dismiss.  This case involves numerous complex issues under international, domestic and federal and local law and Defendant has raised many complicated issues in its Motion to Dismiss.  Defendant's Motion for Approval to File an Over-Length Motion in the amount of forty (40) pages was granted.  To adequately respond to Defendant's lengthy Motion, Plaintiffs have found that they require an additional fifty (50) pages.  Plaintiffs' Response will not exceed ninety (90) pages in length.

Dated this 3rd day of August, 2005.

**STIPULATION AND PROPOSED ORDER RE: PLAINTIFFS' REQUEST TO FILE OVER-LENGTH BRIEF IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS (CV-05192-FDB)** – PAGE 2 OF 4

SEATTLE UNIVERSITY
RONALD A. PETERSON LAW CLINIC
1112 E. Columbia
Seattle, Washington  98122-4340
TELEPHONE: (206) 398-4130
FACSIMILE: (206) 398-4136

1 | SEATTLE UNIVERSITY
RONALD A. PETERSON LAW CLINIC

GRAHAM & DUNN PC

2

3 | PUBLIC INTEREST LAW GROUP PLLC

4

5 | By:  /s/ Davida Finger

By:  /s/ James L. Magee

6 |    Gwynne Skinner, WSBA #23490
   Davida Finger, WSBA #32818

   James L. Magee, WSBA No. 1234
   Attorneys for Defendants

7 |    Attorneys for Plaintiffs

**STIPULATION AND PROPOSED ORDER RE:
PLAINTIFFS' REQUEST TO FILE OVER-LENGTH BRIEF
IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS
(CV-05192-FDB)** – PAGE 3 OF 4

SEATTLE UNIVERSITY
RONALD A. PETERSON LAW CLINIC
1112 E. Columbia
Seattle, Washington 98122-4340
TELEPHONE: (206) 398-4130
FACSIMILE: (206) 398-4136

1

**ORDER ON PLAINTIFFS' OVERLENGTH RESPONSE
TO DEFENDANT'S MOTION TO DISMISS**

2

3  **IT IS SO ORDERED.**

4  **DATED this 5th day of August 2005.**

5

6

7

8                     FRANKLIN D. BURGESS

9                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**STIPULATION AND PROPOSED ORDER RE:
PLAINTIFFS' REQUEST TO FILE OVER-LENGTH BRIEF
IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS
(CV-05192-FDB)** – PAGE 4 OF 4

SEATTLE UNIVERSITY
RONALD A. PETERSON LAW CLINIC
1112 E. Columbia
Seattle, Washington  98122-4340
TELEPHONE: (206) 398-4130
FACSIMILE: (206) 398-4136