## United States District Court
### WESTERN DISTRICT OF WASHINGTON

CYNTHIA CORRIE, et al.,

        JUDGMENT IN A CIVIL CASE

    Plaintiffs,

        CASE NUMBER: C05-5192FDB

    v.

CATERPILLAR, INC., a foreign corporation,

    Defendant,

☐ **Jury Verdict**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **Decision by Court**    This action came on before the Court on defendants motion to dismiss. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

Defendant Caterpillar's Motion to Dismiss is GRANTED; Defendant Caterpillar's Request for Judicial Notice is GRANTED; Plaintiff's Request in its Surreply are DENIED; Defendant Caterpillar's Motion that the Court Solicit the View of the United States Department of State is DENIED in view of the Court's granting Caterpillar's Motion to Dismiss. This cause of action is DISMISSED.

DATE: November 29, 2005                    BRUCE RIFKIN
                                                                         Clerk

                                                                  /*s/ Rhonda Miller*
                                                                  (By) Deputy Clerk